UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| ROOSEVELT BRADLEY, | ) |
| | ) Civil Action No. 2:25-cv-00066 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| PIQUADRO USA, INC., | ) |
| | ) |
| Defendant. | ) |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff, ROOSEVELT BRADLEY, and Defendant, PIQUADRO USA, INC., by and through their undersigned counsel, hereby stipulate that:

1. This action shall be DISMISSED, with prejudice, as between all parties;

2. Each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action, and;

3. No party hereto is an infant or incompetent.

Dated: June 12, 2025

| | |
|---|---|
| NYE, STIRLING, HALE, MILLER & SWEET, LLP | DENTONS US LLP |
| | |
| By:   /s/ Benjamin J. Sweet | By:   /s/ Tiaundra Gordon-Foster |
| Benjamin J. Sweet (PA Bar No. 87338) | Tiaundra Gordon-Foster |
| 101 Pennsylvania Blvd., Suite 2 | 303 Peachtree St., NE, Suite 5300 |
| Pittsburgh, Pennsylvania 15228 | Atlanta, GA 30308 |
| Tel: (412) 857-5350 | Tel: (404) 527-4000 |
| ben@nshmlaw.com | tiaundra.gordon-foster@dentons.com |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

## CERTIFICATE OF SERVICE

I, Benjamin J. Sweet, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants this 12th day of June, 2025.

                                                                                                  */s/ Benjamin J. Sweet*
                                                                                                  Benjamin J. Sweet