UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

ROOSEVELT BRADLEY,                    )
                                      )
        Plaintiff,                    )
                                      )
        v.                            )        Cause No. 2:25-CV-66-PPS-JEM
                                      )
PIQUADRO USA, INC.,                   )
                                      )
        Defendant.                    )

## ORDER

Plaintiff Roosevelt Bradley and Defendant Piquadro USA, Inc., filed a

Stipulation for Dismissal with Prejudice [DE 18], stipulating to the dismissal of this

entire case with prejudice.

**ACCORDINGLY**:

Pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(ii), the Stipulation

for Dismissal with Prejudice [DE 18] is **GRANTED**. The Clerk is **ORDERED** to

**DISMISS** this entire cause and all claims asserted therein **WITH PREJUDICE**. Each

party will bear its own costs and fees including attorney's fees. Last, the Clerk is

**ORDERED** to **CLOSE THIS CASE**.

**SO ORDERED**.

ENTERED: June 13, 2025.

                                       /s/ Philip P. Simon
                                      PHILIP P. SIMON, JUDGE
                                      UNITED STATES DISTRICT COURT